# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

SCOTT ALLEN TAYLOR, ADC #147779                                                                PLAINTIFF

v.                                              NO: 4:16CV00744 JLH

FAULKNER COUNTY SHERIFF OFFICE                                                        DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 28th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE